■ MARIAN J. STAFFORD, Respondent, v. WILLIAM F. STAFFORD, JR., Appellant. — In an action for a separation, the appeal is from so much of an order as granted respondent's motion to modify a judgment of separation so as to increase support and maintenance payments and as denied appellant's cross motion for a reduction thereof. Order modified on the law and the facts (1) by deleting " $500.00 " from the second ordering paragraph and by substituting " $400.00 " therefor, (2) by deleting " $800.00 " from the third ordering paragraph and by substituting " $700.00 " therefor, and (3) by deleting " $400.00 " from the fourth ordering paragraph and by substituting " $300.00 " therefor. As so modified, order insofar as appealed from unanimously affirmed, without costs. Findings of fact insofar as they may be inconsistent herewith

are reversed, and new findings are made as indicated herein. In our opinion, the increases granted were larger than the circumstances warrant in this case. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.